AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Aldean Pitters

V.

City of New York, Alberto Pizarro, Jeremiah Williams, and John and Jane Doe 1-10

SUMMONS IN A CIVIL ACTION

08 CV 7167

CASE NUMBER:

JUDGE SAND

TO: (Name and address of Defendant)

City of New York
100 Chruch Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Catherine Lapsley_ (signature)

(By) DEPUTY CLERK

DATE   AUG 12 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/19/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anderson Chan | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: c/o Constellation Council, 100 Church St., 4th Fl, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Terry Bradshaw, legal clerk, who is authorized to accept service on behalf of the deft. M/B/B/50/5'8"/170

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/19/08
Date

Signature of Server: Anderson Chan – Lic. # 1320182

Address of Server: 315 Broadway, 3rd fl, NY, NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Summons served