AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Aldean Pitters

V.

City of New York, Alberto Pizarro, Jeremiah
Williams, and John and Jane Doe 1-10

**SUMMONS IN A CIVIL ACTION**

08 CV 7167

CASE NUMBER:

JUDGE SAND

TO: (Name and address of Defendant)

Alberto Pizarro (Shield No. 01670)
c/o NYPD 47th Precinct
4111 Laconia Ave.
Bronx, NY 10466

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

AUG 1 2 2008

J. MICHAEL McMAHON

CLERK

DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/27/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anderson Chan | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1 Police Plaza Rm. 1180 New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Ms. Busby, co-worker, who is authorized to accept service on behalf of the def. F/B/B/50/5'6"/145

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/27/08___
_____Date_____

_____Signature of Server_____
Anderson Chan - Lic# 1204152

315 Broadway 3rd Fl. New York NY 10007
_____Address of Server_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.