AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Aldean Pitters

V.

City of New York, Alberto Pizarro, Jeremiah Williams, and John and Jane Doe 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE SAND

TO: (Name and address of Defendant)

Jeremiah Williams (Shield No. 07878)
c/o NYPD 47th Precinct
4111 Laconia Ave.
Bronx, NY 10466

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 2 2008

CLERK                                                                 DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 20, 2008 at 10:10 AM |
| NAME OF SERVER (PRINT) William Morrison | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD 47th Precinct 4111 Laconia Ave Bronx NY 10466

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. Deitz, co-worker of the defendant. M, W, BLK/GR, 58, 6'0, 175

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 26, 2008

Signature of Server William Morrison - 870436

Address of Server: 83 West Forest Ave Teaneck NJ 07666

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.